FILED
AUG - 3 2000
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG - 4 2000
AUG - 2 2000
FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
AUG - 2 2000
ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

DOCKET NO. 1350

00C 4729

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE TRANS UNION CORP. PRIVACY LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, WM. TERRELL HODGES, MOREY L. SEAR,* BRUCE M. SELYA* AND JULIA SMITH GIBBONS, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation presently consists of nine actions in the following federal districts: two actions in the Southern District of Illinois and one action each in the Middle District of Alabama, District of Arizona, Northern District of California, Northern District of Illinois, District of Nebraska, Southern District of New York and Eastern District of Pennsylvania.[1] Before the Panel are two motions for transfer of these actions under 28 U.S.C. §1407. The Northern Illinois plaintiff seeks centralization of the actions in this docket in the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Defendant Trans Union LLC (Trans Union) now also seeks centralization in the Northern District of Illinois,[2] and most plaintiffs agree that centralization is appropriate there. Plaintiffs in the two Southern Illinois actions suggest centralization in the Southern District of Illinois. The Nebraska plaintiff supports centralization in either Illinois court. At the Panel hearing, the California plaintiff withdrew her opposition to centralization and now suggests centralization in the Northern District of California. Two defendants, Equifax, Inc. (Equifax) and Experian Information Solutions, Inc. (Experian), oppose inclusion of claims against them (only in the Alabama action) in any Section 1407 proceedings. No party opposes separation of the claims against these defendants and simultaneous remand of these claims to the Alabama federal court.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact relating to whether Trans Union's sale of target marketing lists through its Performance Data Division violates the Fair Credit Reporting Act. Centralization under

---

* Judges Sear and Selya took no part in the decision of this matter.

[1] The Panel has been informed that a related action has recently been filed in the Northern District of Illinois. This action, and any other actions that come to the Panel's attention, will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 192 F.R.D. 459, 468-470 (2000).

[2] At the hearing in this matter, Trans Union stated that inasmuch as the pending settlement in the Northern California court was not approved, it favors selection of the Northern District of Illinois as transferee district.

/

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST                August 02, 2000

DOCKET: 1,350 - In re Trans Union Corp. Privacy Litigation                                Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
    Dist:
    Judge:

                                                                    00cv4729

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Berman, Steve W.<br>Hagens Berman, LLP<br>1301 Fifth Avenue<br>Suite 2929<br>Seattle, WA 98101 | => Comstock, Cecilia* |
| Borderud, Jon W.<br>Prongay & Borderud<br>12121 Wilshire Blvd.<br>Suite 400<br>Los Angeles, CA 90025 | => Grogerty, Megan* |
| Giskan, Oren<br>Law Offices of James V. Bashian, P.C.<br>500 Fifth Avenue<br>Suite 2700<br>New York, NY 10110 | => Feige, David* |
| Laughlin, Mark C.<br>Olson, Boyer & Block P.C.<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102 | => Winkelmann, Nancy* |
| Longtin, Roger L.<br>Piper, Marbury, Rudnick & Wolfe<br>203 North LaSalle Street<br>Suite 1800<br>Chicago, IL 60601 | => Trans Union Corp.*; Trans Union LLC fka Trans Union Corp.*; Trans Union, LLC* |
| Mansfield, Alan M.<br>Milberg, Weiss, Bershad, Hynes & Lerach<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101 | => Turner, Elizabeth H.*; Woods, Nancy* |
| Righetti, Matthew<br>Righetti Law Firm<br>220 Montgomery Street<br>16th Floor<br>San Francisco, CA 94104 | => Martinelli, Marci* |
| Roden, Robert B.<br>Shelby & Cartee, LLC<br>2956 Rhodes Circle<br>Birmingham, AL 35205 | => Kearley, Victoria Scott* |
| Stewart, Amy L.<br>Rose Law Firm<br>120 East Fourth Street<br>Little Rock, AR 72201 | => Acxiom Corp.* |

NOTE: Please refer to the title page for complete report scope and key.
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

## SCHEDULE A

MDL-1350 -- In re Trans Union Corp. Privacy Litigation

Middle District of Alabama

*Victoria Scott Kearley v. Equifax, Inc., et al.*, C.A. No. 2:00-225

District of Arizona

*Cecilia Comstock v. Trans Union, LLC, et al.*, C.A. No. 2:00-518

Northern District of California

*Marci Martinelli v. Trans Union Corp., et al.*, C.A. No. 3:99-1867

Northern District of Illinois

*Megan Grogerty v. Trans Union Corp.*, C.A. No. 1:00-1665

Southern District of Illinois

*Elizabeth H. Turner v. Trans Union Corp.*, C.A. No. 3:00-232
*Nancy M. Woods v. Trans Union Corp.*, C.A. No. 3:00-256

District of Nebraska

*Nancy Winkelmann v. Trans Union L.L.C.*, C.A. No. 8:99-398

Southern District of New York

*David Feige v. Trans Union Corp.*, C.A. No. 1:00-2621

Eastern District of Pennsylvania

*Boris Rozenblitt, et al. v. Trans Union Corp.*, C.A. No. 2:00-1861