Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 4729   MDL 1350 | DATE | February 27, 2001 |
| CASE TITLE | in re: Trans Union Corp. privacy litigation | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on

(5) ■ Status hearing held and continued to **4/13/01, at 11:30 a.m.**

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Pretrial order No. 2 entered. Answer to Trans Union motion to strike due 4/3/01. Reply due 4/24/01. Defendants MCI and Acxiom are given leave to adopt all motions filed by Trans Union re: consolidated amended complaint. Their motions are due by 3/7/01. Responses due 4/3/01. Replies due 4/24/01. Ruling set for 5/31/01, at 9:30 a.m. All pending motions filed in the individual actions are stricken as moot.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | | MAR 0 2 2001 date docketed |
| X | Docketing to mail notices. | | docketing deputy initials |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | 01 FEB 28 PM 3:56 | |
| GDS | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number 42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>ALL ACTIONS ) | Lead Case No. 00 C 4729<br>MDL Docket No. 1350<br><br>Judge Robert W. Gettleman |

DOCKETED
MAR 0 2 2001

### PRETRIAL ORDER NO. 2

This matter came before the court on several motions filed by defendant Trans Union LLC. The court orders as follows:

1.  Trans Union's motion to strike plaintiffs' prayers for certain relief shall be responded to by plaintiffs on or before April 3, 2001; Trans Union may file its reply on or before April 24, 2001; said motion is set for ruling on May 31, 2001, at 9:30 a.m.

2.  Trans Union's motion to dismiss the consolidated complaint is set on the same schedule as Trans Union's motion to strike plaintiffs' prayers for certain relief, as set forth in paragraph 1 above.

3.  Trans Union's motion for determination that action to recover statutory damages under F.C.R.A. cannot be maintained as a class action is entered and continued to April 13, 2001, at 11:30 a.m.

4.  The date for plaintiffs to file their motion for class certification is continued to April 13, 2001, at 11:30 a.m., at which time the court may set a schedule for said motion as well as Trans Union's motion described in paragraph 3 above.

5.  Defendants MCI WorldCom Communications Inc. ("MCI") and Acxiom Corporation ("Acxiom") are given leave to adopt all motions heretofore filed by Trans Union with respect to the consolidated amended complaint. In addition, MCI and Acxiom are given leave to file motions to dismiss on or before March 7, 2001; plaintiffs shall respond thereto on or before April 3, 2001; said defendants may reply on or before April 24, 2001; said motions are set for ruling on May 31, 2001, at 9:30 a.m.

42

6. All motions filed in the individual actions that were not ruled on by Judge Aspen are stricken as moot.

7. In light of the mediation conference currently scheduled for early April 2001 with Judge Mikva, this matter is set for a status report on April 13, 2001, at 11:30 a.m. Counsel for all parties must appear.

**ENTER:** February 27, 2001

Robert W. Gettleman
United States District Judge