UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) Lead Case No. 00CV4729 <br> ) <br> ) MDL Docket No. 1350 |
| This Document Relates To: <br> ALL ACTIONS. | ) <br> ) Judge Robert W. Gettleman <br> ) <br> ) <br> ) |

FILED
OCT 1 5 2004



DOCKETED
OCT 19 2004

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and pursuant to the scheduling order entered by the Court on October 6, 2004, Plaintiffs respectfully request that the Court certify this case for class action treatment, as is more fully described in the accompanying Memorandum of Law. A Proposed Order is attached to this motion, for the Court's consideration.

DATED: October 15, 2004

Respectfully Submitted,

William J. Doyle by MB

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Frank J. Janecek, Jr.
William J. Doyle II
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058

PRONGAY & BORDERUD
Kevin M. Prongay
Jon W. Borderud
11755 Wilshire Blvd., Suite 2140
Los Angeles, CA 90025
Telephone: 310/207-2848

- 1 -

RIGHETTI WYNNE, P.C.
Matthew Righetti
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900

**Co-Lead Counsel for Plaintiffs**

SAUNDERS & DOYLE
Terry Rose Saunders
Thomas A. Doyle
33 North Dearborn Street, Suite 1302
Chicago, IL 60602
Telephone: 312/551-0051

**Liaison Counsel for Plaintiffs**

S:\CasesSD\Trans Union\BRF0013819.doc

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) Lead Case No. 00CV4729 ) ) MDL Docket No. 1350 |
| This Document Relates To: ALL ACTIONS. | ) ) Judge Robert W. Gettleman ) ) ) ) |

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

The Court has considered the papers submitted by the parties and the arguments made by counsel. GOOD CAUSE APPEARING THEREFOR, the Court hereby GRANTS Plaintiffs' Motion for Class Certification and finds the following:

1. Classes A, B and C are so numerous that joinder is impracticable;

2. There are questions of law and fact common to the Classes;

3. The claims of the representative parties are typical of the claims of the Classes;

4. Plaintiffs will fairly and adequately protect the interests of the Classes;

5. Plaintiffs' counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), Prongay & Borderud and Righetti Wynne, P.C., will fairly and adequately represent the interests of the Class. In particular, the Court has considered the following:
   (a) that plaintiffs' counsel has properly identified and investigated potential claims in this action;
   (b) that plaintiffs' counsel is experienced in handling class actions, other complex litigation and claims of the type asserted in this action;
   (c) that plaintiffs' counsel is knowledgeable concerning the laws applicable to this action; and
   (d) that plaintiffs' counsel will commit the appropriate resources necessary to represent the Class;

6. Common questions of law and fact predominate over individual questions, and a class action is superior to other available adjudication methods; and

7. Defendants Trans Union and Axciom have acted on grounds generally applicable to Class C, making final injunctive and equitable relief appropriate with respect to Class C as a whole.

- 1 -

Therefore, the Court orders the following:

1.    Classes A (nationwide), B (Illinois only) and C (California only) are certified under Fed. R. Civ. P. 23(b)(3) and/or 23(b)(2);

2.    Plaintiffs Albert, Beadle, Comstock, DeRonde, Feige, Gogerty, Kearley, Mann, Martinelli, Lawrence and Joan Palazzolo, Boris and Alla Rozenblitt, Stein, Turner, Wayne, Winkelmann, and Woods shall be representatives of Class A;

3.    Plaintiffs Albert, Gogerty, Mann, Turner and Woods shall be the representatives of Class B;

4.    Plaintiffs Martinelli, Stein and Wayne shall be the representatives of Class C; and

5.    The Lerach Coughlin, Prongay & Borderud and Righetti Wynne firms are designated as Class Counsel.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

This Order Submitted by:

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Frank J. Janecek, Jr.
William J. Doyle II
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058

PRONGAY & BORDERUD
Kevin M. Prongay
Jon W. Borderud
11755 Wilshire Blvd., Suite 2140
Los Angeles, CA 90025
Telephone: 310/207-2848

RIGHETTI WYNNE, P.C.
Matthew Righetti
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900

**Co-Lead Counsel for Plaintiffs**

SAUNDERS & DOYLE
Terry Rose Saunders
Thomas A. Doyle
33 North Dearborn Street, Suite 1302
Chicago, IL 60602
Telephone: 312/551-0051

**Liaison Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Thomas A. Doyle, certify that I caused a true copy of the foregoing document to be served on October 15, 2004 on counsel listed below.

*Representing Trans Union LLC:*
Roger L. Longtin
Michael O'Neil
Piper Marbury Rudnick & Wolfe
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
(By Messenger Delivery)

*Representing Axciom Corp.*
Amy Lee Stewart
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72701
(By UPS Overnight Delivery)

John H. Beisner
Brian P. Brooks
O'Melveny & Myers LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
(By UPS Overnight Delivery)

Thomas P. Arden
Elayna T. Pham
Holland & Knight LLC
131 S. Dearborn Street
30th Floor
Chicago, Illinois 60603
(By Messenger Delivery)

_____
Thomas A. Doyle