Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4729    MDL 1350 | **DATE** | 8/17/2005 |
| **CASE TITLE** | In re: Trans Union Corp. Privacy Litigation | | |

**DOCKET ENTRY TEXT:**

Memorandum opinion and order entered. Accordingly, plaintiffs' motion for class certification is denied as to Proposed Class A, granted as to Proposed Class B, and stayed as to Proposed Class C. Status hearing set for 9/6/2005, at 1:30 p.m.
[For details see order attached]
[Judicial staff mailed notice]

| | Courtroom Deputy | GDS |
|---|---|---|