IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE TRANS UNION CORP. PRIVACY LITIGATION, | )<br>)<br>)   MDL 1350<br>)   No.   00 C 4729<br>) |

## ORDER

This matter came before the court for a report on status, and the court made the following rulings:

1. The plaintiff's motion filed in <u>Yvonne Morse et al. v. Trans Union, LLC</u>, Eastern District of Louisiana No. 04-3336, for a suggestion of remand is withdrawn without prejudice. The court notes that plaintiff has requested the court to set a schedule for a motion to certify a plaintiff class in that case, which the court has continued to the next status date.

2. This matter is continued to October 5, 2005, at 10:30 a.m., at which time the parties are to report to the court with respect to potential settlement activities. (Under separate order, this court is referring this matter to a magistrate judge for settlement purposes.) In the event that insufficient progress has been made toward settlement, including all constituent cases, the court will set a schedule for plaintiffs to file motions for leave to file amended pleadings conforming with this court's previous orders, and to notify the Illinois Class certified in this court's August 17, 2005, order.

**ENTER:**     **September 6, 2005**

*[signature: Robert W. Gettleman]*

**Robert W. Gettleman**
**United States District Judge**