**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re TRANS UNION CORP.** | ) | |
| **PRIVACY LITIGATION** | ) | |
| _____ | ) | **Lead Case No. 00 cv 4729** |
| | ) | **MDL Docket No. 1350** |
| **THIS DOCUMENT RELATES TO:** | ) | **Judge Robert W. Gettleman** |
| | ) | |
| *All Actions* | ) | |
| _____ | ) | |

**ORDER SUPPLEMENTING PROTECTIVE ORDER**

This matter having come before the Court on Defendant Trans Union LLC's "Agreed Motion to Supplement Protective Order," IT IS HEREBY ORDERED that the definition of "Designated Plaintiffs' Counsel" contained in Paragraph 1 of the "Protective Order Regarding Trans Union Financial Information" entered in this action on October 3, 2001 ("Protective Order"), is supplemented to include the attorneys Dawn Adams Wheelahan, Stephen J. Herman, Stephen J. Lane and Soren Gisleson, and that these attorneys are bound by the terms of the Protective Order.

Entered: February 17, 2006

_____
Michael T. Mason
United States Magistrate Judge