# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Trans Union Corporation, et al.

                Plaintiff,

v.                                               Case No.: 1:00−cv−04729
                                                 Hon. Robert W. Gettleman

Trans Union LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 13, 2006:

      MINUTE entry before Judge Michael T. Mason :Continued settlement conference held on 3/13/2006. MDL plaintiffs and defendant have reached a tentative agreement to settle the case. Preliminary settlement terms to be submitted to chambers, room 2206, by 3/27/06. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.