**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re TRANS UNION CORP.** ) | |
| **PRIVACY LITIGATION** ) | |
| _____ ) | **Lead Case No. 00 cv 4729** |
| ) | **MDL Docket No. 1350** |
| **THIS DOCUMENT RELATES TO:** ) | **Judge Robert W. Gettleman** |
| ) | |
| *All Actions* ) | |
| _____ ) | |

**ORDER SUPPLEMENTING PROTECTIVE ORDER**

This matter having come before the Court on "Motion of Louisiana and Texas Plaintiffs to Amend Order of May 18, 2007" (Doc. 334), IT IS HEREBY ORDERED: that the definition of "Trans Union Financial Information" contained in Paragraph 1 of the "Protective Order Regarding Trans Union Financial Information" entered in this action on October 3, 2001 and amended on February 17, 2006 and November 21, 2006 ("Protective Order"), is supplemented to include within its scope confidential information concerning Trans Union LLC's ("Trans Union") costs of providing credit scores and credit monitoring services, including the information on this topic that Trans Union submitted to the Court on May 23, 2007.

Entered: June 8, 2007

_____
Michael T. Mason
United States Magistrate Judge