# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4729   (05C831) | **DATE** | 09/18/2007 |
| **CASE TITLE** | In re: Trans Union Corp. Privacy Litigation | | |

**DOCKET ENTRY TEXT:**

The Court declines to exercise supplemental jurisdiction over all defendants except Trans Union Corp. and the first amended complaint is dismissed against said defendants without prejudice.

[Docketing to mail notice]

00:12

| | Courtroom Deputy | GDS |
|---|---|---|