IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TRANS UNION CORP. PRIVACY LITIGATION, | ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO:  ALL CASE | No.  00 C 4729 MDL Docket No. 1350 Judge Robert W. Gettleman |

## ORDER

This matter came before the court on the matters described below.  For the reasons stated in open court, the court rules as follows:

1. The objections to Magistrate Judge Mason's report and recommendation of January 3, 2008, are denied.

2. The motions by the Louisiana and Texas plaintiffs under Rule 23(g) to be appointed as interim counsel for the target marketing class, and the motion of the Louisiana plaintiff to lift the protective order are entered and continued until further order of court.

3. This matter is set for a scheduling and settlement conference, to include Magistrate Judge Mason, on March 18, 2008, at 1:30 p.m.

**ENTER:     March 4, 2008**

_____
**Robert W. Gettleman
United States District Judge**