UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) Lead Case No. 00 c 4729 |
| | ) |
| | ) MDL Docket No. 1350 |
| This Document Relates To: | ) |
| | ) Judge Robert W. Gettleman |
| ALL ACTIONS. | ) |
| | ) Magistrate Judge Michael T. Mason |
| | ) |

## AMENDED NOTICE OF MOTION

TO:   All Counsel on the Attached Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, May 14, 2008, at 9:15 a.m., we shall appear before the Honorable Robert Gettleman, in the Courtroom usually occupied by him on the 17th Floor of the Dirksen Federal Building (219 South Dearborn Street) in Chicago, and we shall then and there present the **MDL Plaintiffs' Motion for a Telephone Status Conference,** a copy of which was served upon you yesterday.

This Amended Notice of Motion changes the date and the Judge before whom the Motion is Noticed, and it replaces the Notice of Motion previously served upon you (Docket Item 450), pursuant to the Court's Order dated earlier today (Docket Item 453).

May 7, 2008

/s Thomas A. Doyle

Joy Bull
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
**Co-Lead Counsel for Plaintiffs**

Terry Rose Saunders
Thomas A. Doyle
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL 60603
Telephone: 312/551-0051
**Liaison Counsel for Plaintiffs**

Matthew Righetti
RIGHETTI WYNNE, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900
**Co-Lead Counsel for Plaintiffs**

Jon W. Borderud
THE BORDERUD LAW GROUP
11620 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone: 310/207-2848
**Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I caused service of the foregoing document to be accomplished as follows:

1. On May 7, 2008, I caused a copy of the public version of the foregoing Amended Notice of Motion to be served on all Counsel of Record via the Court's Electronic Case Failing system; and

2. On May 7, 2008, I caused a courtesy copy of the forgoing Amended Notice of Motion to be served upon the Counsel listed in the Service List below, by e-mail.

## SERVICE LIST

Peter Donoghue
DLA PIPER US LLP
203 North La Salle Street, Suite 1900
Chicago, IL 60601

Amy Lee Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201

Dawn Adams Wheelahan
5528 Loyola Avenue
New Orleans, Louisiana, 70115

Michael A. Caddell
Cynthia Chapman
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027

Brian Brooks
O'MELVENY & MYERS, LLP
1624 Eye Street NW
Washington DC 20006-4001

Richard J. Prendergast
RICHARD J. PRENDERGAST, LTD.
111 West Washington Street, Suite 1100
Chicago, IL 60602

Mitchell Toups
WELLER GREEN TOUPS & TERRELL
2615 Calder Street, Suite 400
Beaumont, TX 77704

_____
Thomas A. Doyle