IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TRANS UNION CORP. PRIVACY LITIGATION, ) ) ) _____ ) THIS DOCUMENT RELATES TO: ) ) ALL CASE ) | No. 00 C 4729 MDL Docket No. 1350 Judge Robert W. Gettleman |

### ORDER

By agreement of the parties, the order entered by the court on April 24, 2008 (Document 443) is amended to provide as follows: in connection with the tentative settlement agreement, the parties are directed to:

(a) file the motion for preliminary approval of the settlement agreement, along with the settlement agreement, proposed order of preliminary approval, and proposed class notices on or before May 20, 2008;

(b) appear for a hearing before Judge Gettleman on the above motion and other papers on May 28, 2008, at 9:30 a.m.;

(c) include within the proposed order for preliminary approval of the class settlement: a deadline for initial funding of the notice and for media buys of May 30, 2008; a substantial completion of the notice campaign by July 20, 2008; a deadline for objections to the settlement to be filed by August 22, 2008; responses to any objections to be filed by September 2, 2008; and a fairness hearing to be conducted by the court on September 10, 2008, at 10:00 a.m.

**ENTER:   May 8, 2008**

**Robert W. Gettleman**
**United States District Judge**