IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP.<br>PRIVACY LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Lead Case No. 00 cv 4729<br>MDL Docket No. 1350<br>Judge Robert Gettleman<br>Magistrate Judge Michael T. Mason |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by and through Settlement Counsel, move for an Order preliminary approving a proposed settlement in this class action litigation. In support of this motion, the Plaintiffs state as follows:

1. Plaintiffs and Defendants have reached agreement on a proposed Stipulation of Settlement (the "Proposed Settlement"). The Proposed Settlement requires Defendants to provide certain in-kind relief to consumers and to pay cash into a settlement fund. A copy of the Stipulation of Settlement is submitted with the Exhibits to this motion. For the reasons set forth in Plaintiffs' Memorandum filed in support of this Motion, the Court should grant the request for preliminary approval of the Proposed Settlement.

2. The Proposed Settlement would involve the certification of a Plaintiff Settlement Class under Rule 23(b)(1)(A) of the Federal Rules of Civil Procedure. The Plaintiff Settlement Class is defined as follows: all persons who had an open credit account or open line of credit from a credit grantor located in the United States at any time during the period of January 1, 1987, to the date of preliminary approval. For the reason set forth in the accompanying

1

Memorandum, Plaintiffs request that the Court provisionally certify that class, solely for the purpose of the Proposed Settlement.

3. The Proposed Settlement also contemplates that the parties would provide notice of the Proposed Settlement to the above- referenced class so members of the class would have an opportunity to be heard in connections with the Proposed Settlement. A description of the notice program, and an analysis of its effectiveness, is found in the Notice Plan (Exhibit___). For the reasons set forth in the notice plan, and for the reasons set for in the accompanying Memorandum, the Court should approve the Notice Plan as reasonable and should direct notice to the class members pursuant to the Notice Plan.

4. Plaintiffs further request that the Court schedule a Fairness Hearing, and set a schedule for written submissions in advance of that Fairness Hearing, so that class members may be heard on the Proposed Settlement, and so that they Court may consider whether the Proposed Settlement is fair, reasonable and adequate.

5. In connection with the Proposed Settlement, the following materials are submitted in the Appendix to this Motion.

| Exhibit | Description |
|---|---|
| A | Stipulation of Settlement (dated, May 20, 2008) |
| B | Affidavit of Gina M. Intrepido on Settlement Notices and Notice Plan (with Exhibit 1 - Notice Plan;, Exhibit A - Hilsoft Notifications' c.v.; Exhibit B - Forms of Notice; and Exhibit C – Parade and USA Weekend Newspaper List) |
| C | Declaration of Christopher T. Micheletti In Support of Preliminary Approval (with Exhibits 1-11) |
| D | Draft of Proposed Order Granting Preliminary Approval to Proposed Settlement |

6.  For the reasons set forth in accompanying Memorandum, Plaintiffs request that the Court enter an Order preliminary approving the Proposed Settlement, in a form substantially similar to the Draft Order that appears at Exhibit D.

WHEREFORE, Plaintiffs seek an Order:

(a) Preliminary approving the Proposed Settlement, as set forth in the Stipulation of Settlement (Exhibit A);

(b) Conditionally certifying the Plaintiff Settlement Class, as defined above, solely for the purpose of the Proposed Settlement;

(c) Approving the Proposed Notice Plan (Exhibit B), including the forms of the notice to the class member and directing that notice be given to the class pursuant to the Proposed Notice Plan;

(d) Setting deadlines for written submissions, and setting a Final Hearing on whether to approve the Proposed Settlement; and

Granting such other relief as the Court deems just and proper.

DATED: May 20, 2008.

Respectfully submitted,

By:   /s/ Jon W. Borderud
     Jon W. Borderud
     The Borderud Law Group
     11620 Wilshire Blvd., Suite 400
     Los Angeles CA 90025
     Telephone: (310) 207-2848
     Fax: (310) 207-2748

By:   /s/ Joy Ann Bull
     Joy Ann Bull
     Coughlin Stoia Geller
     Rudman & Robbins LLP
     655 West Broadway, Suite 1900
     San Diego, CA 92101
     Telephone: (619) 231-1058
     Fax: (619) 231-7423

By:   /s/ Matthew Righetti
     Matthew Righetti
     Righetti Law Firm
     456 Montgomery Street
     Suite 1400
     San Francisco CA 94104
     Telephone: (415) 983-0900

     Settlement Class Counsel and
     Co-Lead Counsel for the MDL
     Plaintiffs

By:   /s/ Thomas A. Doyle
     Terry Rose Saunders
     Thomas A. Doyle
     Saunders & Doyle
     20 South Clark Street, Suite 1720
     Chicago IL 60603
     Telephone: (312) 551-0051
     Fax: (312) 551-4467

     Liaison Counsel for the MDL
     Plaintiffs

By:   /s/ Dawn Adams Wheelahan
     Dawn Adams Wheelahan
     5528 Loyola Ave.
     New Orleans LA 70115
     Telephone: (512) 689-1153
     Fax: (512) 628-9149

     Settlement Class Counsel and
     Counsel for Yvonne and Robert
     Morse, Mark Andrews and the
     Certified Louisiana Class

By:   /s/ Michael A. Caddell
     Michael A. Caddell
     Cynthia B. Chapman
     Cory S. Fein
     Caddell & Chapman
     1331 Lamar, Suite 1070
     Houston TX 77010-3027
     Telephone: (713) 751-0400
     Facsimile: (713) 751-0906

     Settlement Class Counsel and
     Counsel for Plaintiff, Donald
     Jowers

## CERTIFICATE OF SERVICE

     Undersigned counsel hereby certifies that a copy of the foregoing has been filed on the Court's ECF system and thereby served on all counsel of record, this 20th day of May, 2008.

                        /s/ Cory S. Fein
                        Cory S. Fein