UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

JOHN M. GRESHAM,

    PLAINTIFF

v.

TRANS UNION CORP., LLC,
    DEFENDANT.

FILED
SEP 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

00 cv 4729

In re TRANS UNION CORP, PRIVACY LITIGATION, Lead Case No. 00CV4729 MDL Docket No. 1350 - Judge Robert W. Gettleman and Magistrate Judge Michael T. Mason

## COMPLAINT

The above pro se plaintiff comes before the court and respectfully request that the court allow the filing of this Complaint to be included as a plaintiff and/or joined with the litigation in the above pending legal actions against the defendant, Trans Union Corp regarding "Target Marketing" means selling or advertising goods and services, or soliciting charitable or political contributions, directly to consumers by mail, telephone, or other means, which consumers are identified by, among other criteria, targeted financial criteria or demographic traits), as well as "Firm Offers" i.e. an offer of credit or insurance to a consumer regulated by Section 604(c) of the FCRA (15 U.S.C. Sec.1681b©).

The pro se plaintiff herein sincerely believes that the actions by the defendant did cause financial injury to the plaintiff, which has also caused low credit scores, whether directly or indirectly.

WHEREFORE, Plaintiff PRAYS for RELIEF in the amount of Seven Hundred and Fifty

Thousand Dollars ($750,000) or an amount equal to other injured plaintiffs; "basic in-kind relief" and such other relief as is available to the other named plaintiffs in the legal actions pending before the court and, as of the writing of this Complaint, are awaiting the Fairness Hearing which is to be held at 10:00 a.m. on September 10, 2008.

This the 9th day of September, 2008.

_____
John M. Gresham Plaintiff

### CERTIFICATE OF SERVICE

Plaintiff certifies that on September 9, 2008, the original Complaint was submitted to the Clerk of the Court, 219 S. Dearborn St., Chicago, IL 60604 (Certified Mail Return Receipt No. 7006 2760 0002 4919 9857) for filing in court and copies submitted on the same date by regular U.S. mail to Counsel Thomas A. Doyle, 20 South Clark St., Suite 1720, Chicago, IL 60603 and Roger L. Longtin, 203 N. La Salle, Suite 1900, Chicago, IL 60601.

_____
John M. Gresham, Plaintiff