IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TRANS UNION CORP. PRIVACY LITIGATION, ) ) ) _____) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) | No.  00 C 4729 MDL Docket No. 1350 Judge Robert W. Gettleman |

## ORDER

Because the order dated May 1, 2009, was not docketed until today, the date by which the parties are to respond to the court's decision to appoint a special master, and to submit an order awarding out-of-pocket costs, is continued to May 15, 2009.

**ENTER:    May 4, 2009**

_____
**Robert W. Gettleman**
**United States District Judge**