UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) ) ) | Lead Case No. 00CV4729 MDL Docket No. 1350 |
| This Document Relates To: | ) ) ) ) | Judge Robert W. Gettleman Magistrate Judge Michael T. Mason |
| ALL ACTIONS. | ) ) | |

[PROPOSED] ORDER AWARDING EXPENSES

THIS MATTER having come before the Court on the motions of MDL Co-Lead Counsel, Liaison Counsel, *Frey* Counsel, Louisiana Counsel, and Texas Counsel for an award of expenses incurred in the above-captioned action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Court has jurisdiction over the subject matter of these motions, all matters relating thereto and over the parties to this action, including all members of the Settlement Class.

2.      The Court hereby awards litigation expenses in the amounts set forth below:

- Liaison Counsel                        $ 27,695.23
- MDL Counsel and *Frey* Counsel         $530,869.71
- Louisiana Counsel                      $212,298.84
- Texas Counsel                          $231,087.58

3.      The awarded expenses shall be paid to the above counsel subject to the terms, conditions and obligations of the Stipulation of Settlement approved by the Court on September 17, 2008, and in particular ¶4.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: _May 7, 2009_

_____
THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOY ANN BULL
ERIC I. NIEHAUS

_____
        s/ Joy Ann Bull
        JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

THE BORDERUD LAW GROUP
JON W. BORDERUD

s/ Jon W. Borderud
JON W. BORDERUD

2831 South Holt Avenue
Los Angeles, CA  90034
Telephone:  310/207-2848
310/207-2748 (fax)

RIGHETTI LAW FIRM
MATTHEW RIGHETTI

s/ Matthew Righetti
MATTHEW RIGHETTI

456 Montgomery Street, Suite 1400
San Francisco, CA  94104
Telephone:  415/983-0900

Settlement Class Counsel and MDL Lead
Counsel

SAUNDERS & DOYLE
TERRY ROSE SAUNDERS
THOMAS A. DOYLE

s/ Thomas A. Doyle
THOMAS A. DOYLE

20 South Clark Street, Suite 1720
Chicago, IL  60603
Telephone: 312/551-0051
312/551-4467 (fax)

Liaison Counsel for the MDL Plaintiffs

ZARIAN MIDGLEY & JOHNSON PLLC
JOHN N. ZARIAN

_____s/ John N. Zarian_____
JOHN N. ZARIAN

University Plaza
960 Broadway Ave., Suite 250
Boise, ID  83706
Telephone: 208/562-4900
208/562-4901 (fax)

Counsel for Plaintiffs in *Frey v. Trans Union et al.*

CADDELL & CHAPMAN
MICHAEL A. CADDELL
CYNTHIA B. CHAPMAN
CORY S. FEIN

_____s/ Michael A. Caddell_____
MICHAEL A. CADDELL

1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone:  713/751-0400
713/751-0906 (fax)

Attorneys for Settlement Class Counsel and
Counsel for Texas Plaintiff Donald Jowers

WELLER GREEN & TOUPS, LLP
MITCHELL A. TOUPS

_____s/ Mitchell A. Toups_____
MITCHELL A. TOUPS

2937 A-2 Kerry Forest Parkway
Tallahassee, FL  32308
Telephone: 850/906-9880
850/906-9878 (fax)

Attorneys for Texas Plaintiff Donald Jowers

DAWN A. WHEELAHAN LLC
DAWN ADAMS WHEELAHAN

s/ Dawn Adams Wheelahan
DAWN ADAMS WHEELAHAN

5528 Loyola Avenue
New Orleans, LA 70115
Telephone:  512/689-1153
512/628-9149 (fax)

Settlement Class Counsel and Louisiana
Counsel

S:\Settlement\Trans Union.set\ORDER EXPENSES 00059271.doc