IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TRANS UNION CORP. PRIVACY LITIGATION, ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASE ) | No.  00 C 4729 MDL Docket No. 1350 Judge Robert W. Gettleman |

**ORDER**

On April 6, 2009, the court entered an order awarding plaintiffs attorneys' fees in the amount of $10,830,000.  As a result of the attorneys' inability to agree upon the proper allocation of those fees, as well as Louisiana counsel's motion to reconsider the amount of the award, the court lacked the confidence necessary to render a final decision on fees that would be fair both to the class and counsel.  Therefore, on May 1, 2009, the court gave notice of its intent to appoint a special master to report on, among other things, the proper award of fees.  Although not explicitly stated, implicit in the court's May 1, 2009 order was an intent to vacate the award of fees in the April 6 order.  To clarify any confusion, the court hereby vacates that portion of the April 6, 2009 order awarding fees in the amount of $10,830,000.  The court will award fees after the special master issues his report pursuant to Fed. R. Civ. P. 53(f).

**ENTER:     June 5, 2009**

_____
 **Robert W. Gettleman
 United States District Judge**