UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Trans Union Corporation, et al.
                        Plaintiff,

v.                                        Case No.: 1:00−cv−04729
                                        Honorable Robert W. Gettleman

Trans Union LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 25, 2009:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant Trans Union's motion to enforce [641] stipulations is withdrawn. Motion hearing held on 8/25/2009 regarding motion to enforce, [641]. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.