IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re TRANS UNION CORP.
PRIVACY LITIGATION

THIS DOCUMENT RELATES TO:

ALL CASES

Lead Case No. 00 cv 4729
MDL Docket No. 1350
Judge Robert Gettleman
Magistrate Judge Michael T. Mason

To:   Counsel of Record
      (as Shown on the Certificate of Service)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 3, 2009 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert W. Gettleman or before any judge sitting in his stead, in Courtroom 1703, in the Dirksen Building, 219 South Dearborn, Chicago, Illinois, to Present LIAISON COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES. A copy of the paper is being served upon you herewith.

DATED:  August 27, 2009

By:   /s/ Thomas A. Doyle

Terry Rose Saunders
Thomas A. Doyle
Saunders & Doyle
20 South Clark Street, Suite 1720
Chicago IL 60603
Telephone: (312) 551-0051
Fax: (312) 551-4467

Liaison Counsel for the Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) ) ) ) ) ) ) ) ) ) | Lead Case No. 00 C 4729 |
| | | MDL Docket No. 1350 |
| This Document Relates To: | | Judge Robert W. Gettleman |
| | | Magistrate Judge Michael T. Mason |
| ALL ACTIONS. | | |

## **LIAISON COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES**

Liaison Counsel hereby applies to the Court for an award of attorneys' fees in the amount of $550,000 to be paid from the Settlement Fund in this case. In support of this Application, Liaison Counsel states as follows:

1. On June 11, 2009, this Court appointed Edward W. Feldman to be Special Master in this action with responsibilities that include recommending the appropriate basis for an attorneys' fee award.

2. On June 25, 2009, the Special Master held a conference call in the nature of a status hearing to discuss the process for moving forward on the Court's assignment. Plaintiffs' and defendant's counsel participated in that conference call. One of the items on the agenda for the conference call was "whether counsel have any objection to an immediate award of $550,000 to Liaison Counsel?"

3. The question of an immediate award of $550,000 to Liaison Counsel was discussed and, although not resolved during the June 25 conference call, as of July 15, 2009, MDL Counsel, Texas Counsel, Louisiana Counsel and Liaison Counsel have confirmed to

Special Master Feldman that they have no objection to an immediate award of $550,000 to Liaison Counsel.

4. Liaison Counsel's total lodestar is $612,827.50 and is explained in detail in Liaison Counsel's May 15, 2009 submission to the Court (Docket Entry #620), which included Liaison Counsel's daily time records (filed under seal). As set forth in the Declarations of Terry Rose Saunders and Thomas A. Doyle filed with the Court, Liaison Counsel has not included time spent on any fee petition or matter relating to the award of attorneys' fees in that lodestar calculation.

5. On August 5, 2009, the Order approving the Settlement became final pursuant to ¶1.43 of the Stipulation of Settlement ("Ultimate Approval"). Under ¶2.1(b)(ii) of the Stipulation of Settlement, attorneys' fees and expenses, to the extent awarded by the Court, are payable within ten days of Ultimate Approval.

6. A proposed order is attached.

WHEREFORE, Liaison Counsel respectfully requests that this Court award attorneys' fees in the amount of $550,000.

August 27, 2009

Respectfully submitted,

*/s/ Terry Rose Saunders*
Terry Rose Saunders
Thomas A. Doyle
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL 60603
Telephone: (312) 551-0051
Fax: (312) 551-4467
Liaison Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) Lead Case No. 00 C 4729 <br> ) <br> ) MDL Docket No. 1350 <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) Judge Robert W. Gettleman <br> ) Magistrate Judge Michael T. Mason <br> ) <br> ) |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES TO LIAISON COUNSEL

This matter having come before the Court on the application of Liaison Counsel for an award of attorneys' fees in the above-captioned action; the Court having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, having received the recommendation of the Special Master and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this application, all matters relating thereto and over the parties to this action, including all members of the Settlement Class.

2. The Court hereby awards attorneys' fees to Liaison Counsel in the amount of $550,000.00.

3. The awarded attorneys' fees shall be paid to Liaison Counsel subject to the terms, conditions and obligations of the Stipulation of Settlement approved by the Court on September

17, 2008, and in particular ¶4.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: _____        _____
                              THE HONORABLE ROBERT W. GETTLEMAN
                              UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Terry Rose Saunders/*
Terry Rose Saunders
Thomas A. Doyle
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL 60603
Telephone: (312) 551-0051
Fax: (312) 551-4467
Liaison Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on August 27, 2009, I caused a copy of the foregoing document to be served upon Counsel of Record via the Court's Electronic Case Filing system.

_____
Thomas A. Doyle