# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4729 | **DATE** | 9/3/2009 |
| **CASE TITLE** | In re: Trans Union Corp. Privacy Litigation | | |

**DOCKET ENTRY TEXT:**

Plaintiff Liaison counsel's motion [648] for attorneys' fees is granted and the Court awarrds attorneys' fees in the amount of $550,000.00

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|