

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) Lead Case No. 00 C 4729 )<br>) MDL Docket No. 1350 |
| This Document Relates To: | ) Judge Robert W. Gettleman<br>) Magistrate Judge Michael T. Mason |
| ALL ACTIONS. | ) |

### [~~~~~~~~] ORDER AWARDING ATTORNEYS' FEES TO LIAISON COUNSEL

This matter having come before the Court on the application of Liaison Counsel for an award of attorneys' fees in the above-captioned action; the Court having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, having received the recommendation of the Special Master and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this application, all matters relating thereto and over the parties to this action, including all members of the Settlement Class.

2. The Court hereby awards attorneys' fees to Liaison Counsel in the amount of $550,000.00.

3. The awarded attorneys' fees shall be paid to Liaison Counsel subject to the terms, conditions and obligations of the Stipulation of Settlement approved by the Court on September

17, 2008, and in particular ¶4.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: SEPT. 3, 2009

*Robert W. Gettleman*

THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

Submitted by:

Terry Rose Saunders
Thomas A. Doyle
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL 60603
Telephone: (312) 551-0051
Fax: (312) 551-4467
Liaison Counsel for Plaintiffs