

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re TRANS UNION CORP.
PRIVACY LITIGATION

THIS DOCUMENT RELATES TO:

ALL CASES

Lead Case No. 00 cv 4729
MDL Docket No. 1350
Judge Robert Gettleman
Magistrate Judge Michael T. Mason

## STIPULATED ORDER APPROVING
## *CY PRES* DISTRIBUTION

WHEREAS the Court granted final approval to the settlement agreement in this class action on September 17, 2008 (Docket No. 515), and all appeals of the Court order were dismissed on July 31, 2009. (Seventh Circuit Court of Appeals, Docket No. 19, in Case No. 08-3599, also entered in Cases No. 08-3566, 08-3638, and 08-3640);

WHEREAS, the Settlement is now Final and the Court's Final Approval Order has now obtained "Ultimate Approval" as that term is defined in the Settlement Agreement. (Docket No. 462-3 at ¶¶ 1.16 and 1.43);

WHEREAS, the Settlement provides:

Within 30 days of Ultimate Approval, a distribution will be made from the Settlement Fund to one or more qualified 501(c)(3) charities jointly chosen by Trans Union and plaintiffs and approved by the Court in consideration of Settlement Class Members who are unable to access the Basic In-Kind Relief or Enhanced In-Kind Relief because they lack access to the Internet. The amount of this cy pres distribution shall be $150,000.00 (one hundred fifty thousand dollars);

WHEREAS, the parties have stipulated to a distribution to the charities listed in the chart below, in the amounts indicated.

| Organization | Amount | Exhibit |
|---|---|---|
| **American Library Association**, to be used to improve the ability to access the internet at public libraries nationwide | $23,000 | A |
| **Goodwill** which provides job training and placement to the disadvantaged, including the use of computer and internet resources | $23,000 | B |
| **Institute for Financial Literacy Identity Theft Resource Center** | $23,000 | C |
| **John Marshall Law School's Fair Housing Clinic** which assists individuals who have experienced discrimination to obtain affordable housing including internet access | $10,000 | D |
| **Legal Aid**, provides free legal service to the indigent | $15,000 | E |
| **Operation Hope**, which is a non-profit provider of economic tools and services, including technology and information services, to the under-served portions of the United States. | $23,000 | F |
| **Patient Advocate Foundation,** a national non-profit organization that uses telephonic and in-person outreach methods, among others, to safeguard patients through effective mediation assuring access to care, maintenance of employment and preservation of their financial stability relative to their diagnosis of life threatening or debilitating diseases. | $23,000 | G |
| **UNITY of New Orleans**, which provides services to the homeless, including internet access and free legal advice with credit issues and other issues | $10,000 | H |

The Court has reviewed the exhibits attached to this stipulated Order and finds that the proposed distribution is an appropriate use of the *cy pres* funds in this case.

Accordingly, the Court hereby ORDERS the escrow agent to pay the organizations listed above the amounts indicated from the Settlement Fund.

CENTRAL\31273709.2         2

IT IS SO ORDERED.

DATED: 10/21/09

*[signature]*

THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

AGREED:

By: /s/ Jon W. Borderud
Jon W. Borderud
The Borderud Law Group
11620 Wilshire Blvd., Suite 400
Los Angeles CA 90025
Telephone: (310) 207-2848
Fax: (310) 207-2748

By: /s/ Joy Ann Bull
Joy Ann Bull
Coughlin Stoia Geller
Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

By: /s/ Matthew Righetti
Matthew Righetti
Righetti Law Firm
456 Montgomery Street
Suite 1400
San Francisco CA 94104
Telephone: (415) 983-0900

Settlement Class Counsel and
Co-Lead Counsel for the MDL
Plaintiffs

By: /s/ Thomas A. Doyle
Terry Rose Saunders
Thomas A. Doyle
Saunders & Doyle
20 South Clark Street, Suite 1720
Chicago IL 60603
Telephone: (312) 551-0051
Fax: (312) 551-4467

Liaison Counsel for the MDL
Plaintiffs

By: /s/ Dawn Adams Wheelahan
Dawn Adams Wheelahan
5528 Loyola Ave.
New Orleans LA 70115
Telephone: (512) 689-1153
Fax: (512) 628-9149

Settlement Class Counsel and
Counsel for Yvonne and Robert
Morse, Mark Andrews and the
Certified Louisiana Class


By: /s/ Michael A. Caddell
Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
Caddell & Chapman
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Settlement Class Counsel and
Counsel for Plaintiff, Donald
Jowers


By: /s/ Michael O'Neil
Michael O'Neil
DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Telephone: (312) 368-4098
Fax: (312) 630-7319

Counsel for Trans Union LLC

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing *Stipulated Order Approving Cy Pres Distribution* has been filed on the Court's ECF system and thereby served on all counsel of record, this 15th day of October, 2009.

/s/ Cory S. Fein
Cory S. Fein