## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Trans Union Corporation, et al.

                          Plaintiff,

v.                                           Case No.: 1:00–cv–04729
                                                             Honorable Robert W. Gettleman

Trans Union LLC, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2009:

       MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 11/17/2009. Louisisna counsel's motion [680]for a status conference is granted and a status hearing is held. For the reasons stated orally in open court, the Court determines that there is no reason to disqualify Mr. Feldman or his firm. Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.