

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TRANS UNION CORP. PRIVACY LITIGATION, | Lead Case No. 00 C 4729 |
| | MDL Docket No. 1350 |
| THIS DOCUMENT RELATES TO: | Judge Robert W. Gettleman |
| ALL CASES | Mag. Judge Michael T. Mason |

### ORDER AWARDING ATTORNEYS' FEES TO SPECIAL MASTER

This matter having come before the Court pursuant to the Court's Orders of June 11, 2009 (Doc. 635) and December 9, 2009 (Docs. 688-689) regarding the fees and expenses of the Special Master; the Court having considered all papers filed and proceedings conducted herein, having found that the Special Master should be paid the sum of $111,276.00 for fees and expenses; the Court having been informed that no party or counsel objects to such award, and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court hereby awards attorneys' fees and expenses to the Special Master in the amount of $111,276.00; and

2. The Escrow Agent is directed to cause payment forthwith from the Settlement Fund the awarded Special Master fees and expenses, payable to Miller Shakman & Beem LLP. One-half of this amount ($55,638.00) shall be deducted from the fees awarded to plaintiffs' counsel, and the remaining half ($55,638.00) shall be paid from the remainder of the Settlement Fund.

IT IS SO ORDERED

Dated: December 16, 2009

_____
THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE