# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) Lead Case No. 00 c 4729 |
| | ) |
| | ) MDL Docket No. 1350 |
| This Document Relates To: | ) |
| | ) Judge Robert W. Gettleman |
| ALL ACTIONS. | ) |
| | ) Magistrate Judge Michael T. Mason |

## ORDER AMENDING THE ORDER DATED DECEMBER 9, 2009

The Court entered a Memorandum Order and Opinion dated December 9, 2009 (Dkt. Item 689) and an accompanying Minute Order (Dkt. Item 688), which are collectively referred to as "The December 9th Order." The December 9th Order is hereby amended to provide as follows:

1. The attorneys' fees awarded in the December 9th Order shall be paid from the Settlement Fund to the respective Counsel immediately. Settlement Class Counsel are responsible for instructing the escrow agent accordingly.

2. Settlement Class Counsel shall report to the Court, in writing, on compliance with Paragraph 1 on February 1, 2010.

3. The possible cash distribution to plaintiff class members shall occur in accordance with the schedule and terms previously approved by the Court.

ENTERED: December 23, 2009

_Robert W. Gettleman_

This Order Prepared by:
  Thomas A. Doyle
  SAUNDERS & DOYLE
  20 South Clark Street, Suite 1720
  Chicago, IL  60603
  (312) 551-0051
  *Liaison Counsel for the Plaintiffs*