UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) ) ) | Lead Case No. 00CV4729 |
| | ) | MDL Docket No. 1350 |
| This Document Relates To: | ) ) ) | Judge Robert W. Gettleman<br>Magistrate Judge Michael T. Mason |
| ALL ACTIONS. | ) ) | |

[~~PROPOSED~~] ORDER CONCERNING ALLOCATION OF ATTORNEYS' FEES AWARDED TO MDL COUNSEL

The Court entered a Memorandum Opinion and Order dated December 9, 2009 (Doc. No. 689) and an accompanying Minute Order (Doc. No. 688), which are collectively referred to as the "December 9th Order." Among other things, the December 9th Order awarded MDL counsel, including *Frey* counsel, a total of $7,836,683 in attorneys' fees.

Because MDL Co-Lead Counsel[1] have been involved in this litigation from its inception, were appointed by the Court early in these proceedings as Co-Lead Counsel, have been responsible for allocating and managing all work assignments amongst the various MDL counsel, and have been intimately involved with all aspects of the litigation, settlement, and resolution of these coordinated actions, MDL Co-Lead Counsel will be tasked with allocating the fee awarded to MDL counsel

---

[1] MDL Co-Lead Counsel are: (1) Joy Ann Bull of Coughlin Stoia Geller Rudman & Robbins LLP, (2) Jon Borderud of the Law Offices of Jon W. Borderud, and (3) Matthew Righetti of the Righetti Law Firm.

- 1 -

fairly among the approximately 30 MDL law firms and *Frey* counsel who have worked on this matter. The Court orders that said fees shall be allocated among MDL counsel and *Frey* counsel by MDL Co-Lead Counsel in a manner which, in MDL Co-Lead Counsel's good faith judgment, reflects each such MDL counsel's contribution to the institution, prosecution, and resolution of the coordinated actions in these MDL proceedings.

Consistent with this Court's Order Granting Final Approval of Settlement and Final Judgment (Doc. No. 515), this Court continues to retain "jurisdiction to implement the Settlement as it pertains to: The award or distribution of any and all Settlement Funds transmitted to and held by the Escrow Agent as required by the Stipulation, including any award or distribution of attorneys' fees and expenses…"

IT IS SO ORDERED.

ENTERED: January 14, 2010

This Order Prepared by:

JOY ANN BULL
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

JON W. BORDERUD
LAW OFFICES OF JON W. BORDERUD
2831 South Holt Avenue
Los Angeles, CA 90034
Telephone: 310/621-7004

- 2 -

MATTHEW RIGHETTI
RIGHETTI LAW FIRM
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900

*MDL Settlement Class Counsel*

S:\Settlement\Trans Union.set\ORDER FEES 00063733.doc