UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) ) ) ) | Lead Case No. 00CV4729 MDL Docket No. 1350 |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | Judge Robert W. Gettleman Magistrate Judge Michael T. Mason |

REPORT REGARDING PAYMENT OF ATTORNEYS' FEES TO MDL CO-LEAD AND *FREY* COUNSEL

On December 23, 2009, the Court entered an order reiterating its previous order to pay the awarded attorneys' fees from the Settlement Fund immediately and ordering counsel to report on compliance with the order in writing on February 1, 2010.

On December 22, 2009, MDL Co-Lead Counsel, Coughlin Stoia Geller Rudman & Robbins LLP, received a wire transfer in the amount of $7,511,913.78. The sum received reflects a deduction of $324,769.22, which amount is to be paid by the Escrow Agent to Trans Union per agreement to reimburse Trans Union for a portion of the funds paid to the objectors who appealed the approval of the settlement.

DATED: January 29, 2010

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOY ANN BULL
ERIC I. NIEHAUS

s/ Joy Ann Bull
JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICES OF JON W. BORDERUD
JON W. BORDERUD
2831 South Holt Avenue
Los Angeles, CA 90034
Telephone: 310/621-7004
310/207-2748 (fax)

RIGHETTI LAW FIRM
MATTHEW RIGHETTI
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900

Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2010.

s/ Joy Ann Bull
JOY ANN BULL

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:joyb@csgrr.com

# Mailing Information for a Case 1:00-cv-04729

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com

- **Brian P. Brooks**
  bbrooks@omm.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Michael A. Caddell**
  mac@caddellchapman.com

- **Peter J. Donoghue**
  peter.donoghue@dlapiper.com

- **Thomas Arthur Doyle**
  tadoyle@saundersdoyle.com

- **Daniel A. Edelman**
  courtecl@edcombs.com,dedelman@edcombs.com

- **Paula Davis Friedman**
  paula.friedman@dlapiper.com

- **Jeffrey Todd Gilbert**
  jgilbert@reedsmith.com,tguzman@reedsmith.com

- **Oren S. Giskan**
  ogiskan@gslawny.com

- **Francis Richard Greene**
  fgreene@edcombs.com,courtecl@edcombs.com

- **David M. Holmes**
  Dave.Holmes@wilsonelser.com,Sheri.Lawrence@wilsonelser.com

- **Roger L. Longtin**
  roger.longtin@dlapiper.com

- **Warren Lupel**
  wlupel@lw-llp.com

- **Michael C. O'Neil**

  michael.oneil@dlapiper.com

- **Elayna Tau Pham**
  epham@jenner.com

- **Richard J. Prendergast**
  jharms@rjpltd.com,rlavko@rjpltd.com

- **Terry Rose Saunders**
  trsaunders@saundersdoyle.com

- **David J. Scriven-Young**
  dscriven-young@pecklaw.com

- **Amy L Stewart**
  astewart@roselawfirm.com,esims@roselawfirm.com,jgardner@roselawfirm.com

- **Mitchell A. Toups**
  matoups@wgttlaw.com,jgordon@wgttlaw.com

- **Dawn Adams Wheelahan**
  dwheelahan@aol.com

- **James Donehoo Wilson**
  jwilson@shefskylaw.com,sfdocket@shefskylaw.com

- **Craig H. Zimmerman**
  czimmerman@mwe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
John Bentz
Class Action Fairness Group
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

Jon W Borderud
The Borderud Law Group
2831 South Holt Avenue
Los Angeles, CA 90034

Alan S. Kopit
Hahn, Loeser & Parks
200 Public Square
3300 BP America Building
Cleveland, OH 44114-2301

Mark C Laughlin
```

Fraser Stryker Vaughn Meusey Olson Boyer & Bloch, P.C.
409 South 17th Street
500
Omaha, NE 68102

**Alan M Mansfield**
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101

**Vashon McIntyre**
1562 Vyse Avenue
Bsmt Apt.
Bronx, NY 10460

**Eric I. Niehaus**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**John J Pentz**
Class Action Fairness Group
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

**Matthew Righetti**
Righetti & Wynne
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

**Robert B Roden**
Shelby & Cartee, LLC
2956 Rhodes Circle
Birmingham, AL 35205