IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) ) ) | Lead Case No. 00 C 4729 |
| | ) | MDL Docket No. 1350 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Robert W. Gettleman |
| ALL ACTIONS. | ) ) | Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

To:  All Counsel of Record

**PLEASE TAKE NOTICE** that on **Wednesday, August 18, 2010** at **9:15 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert W. Gettleman or before any judge sitting in his stead, in Courtroom 1419, Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, to present for hearing *Trans Union LLC's Motion for Declaration of Rights Under Final Approval Order*, a copy of which is attached and hereby served upon you.

Dated: August 13, 2010

**TRANS UNION LLC**

By: s/ Michael O'Neil
    One of its Attorneys

Roger L. Longtin (ARDC No. 01689185)
Michael O'Neil (ARDC No. 06201736)
Peter J. Donoghue (ARDC No. 06206849)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Tel: (312) 368-4000
Fax: (312) 236-7516

Brian P. Brooks
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Tel: (202) 383-5300
Fax: (202) 383-5414

Richard J. Prendergast
RICHARD J. PRENDERGAST LTD.
111 W. Washington Street, Suite 1100
Chicago, IL 60602
Tel.: (312) 641-0881
Fax: (312) 641-356

EAST\43216953.1

## CERTIFICATE OF SERVICE

    I, Michael O'Neil, an attorney, certifies that on August 13, 2010, I caused the foregoing Notice of Motion, Motion for Declaration of Rights Under Approval Order, and Supporting Memorandum to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties. Parties may access this filing through the Court's CM/ECF system. Copies were also served via U.S. Mail upon each of the following attorneys of record:

Mr. Jon W. Borderud
THE BORDERUD LAW GROUP
2831 Holt Ave.
Los Angeles, California 90034

Ms. Joy Bull
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101-4297*l*

Ms. Dawn Adams Wheelahan
5528 Loyola Avenue
New Orleans, Louisiana 70115

Mr. Matthew Righetti
RIGHETTI LAW FIRM
456 Montgomery Street
Suite 1400
San Francisco, California 94104

Ms. Amy Stewart
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201

Mr. Tom Doyle
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, Illinois 60603

                                               /s/ Michael O'Neil

EAST\43196190.1