MHN

9 Aug. 2010

FILED 8-16-2010
AUG 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gentlemen:

In Re: TransUnion Case # 00-CV-4729, MDL Docket No. 1350 before Hon. Judge Robert W. Gettleman

I respectfully enquire as to whether there has been any later developments in the case other than the information relayed in the copy of an E-mail received by myself as participant (800093229) or my spouse as (800093315).

The "866" Telephone Number is inoperative and the latest update in the Website is Judge Gettleman's order dated Sept 17, 2008.

Please advise of any newer developments, if any.

Sincerely,

John W. Sauter
2221 Cacique St.
San Juan, P.R. 00913

JOHNSAUDER@PRTC.NET

## In re Trans Union Corporation Privacy Litigation

- Home
- Notices
  - Summary Notice
  - Detailed Notice
  - Notificación en Español
- Court Documents
  - Settlement Agreement
  - Preliminary Approval Order
  - Final Approval Order
- Benefits
  - Register for Benefits
  - Update E-mail Address

**If you had a credit card, loan or credit account, you could get benefits from a class action settlement.**

*[handwritten: US DSTR Judge Chgo — Robert W. Gettleman update 9/17/2008]*

**UPDATE:** The Court granted final approval of the settlement. You may click here to view the Court's Order. The deadline to register for benefits was September 24, 2008 and has since passed. No further registrations for benefits are being accepted. E-mails explaining how to begin receiving credit monitoring benefits will be distributed to eligible Class Members December 2009 through February 2010. Please note that if you registered for the potential cash benefit, a final determination and potential distribution will not occur until all claims against the fund are resolved, which will not happen before September 2010, and could be as late as October 2011.

*Para la información en español, por favor haga clic aquí.*

This is the settlement website for the *In re Trans Union Corporation Privacy Litigation* class action settlement. Preliminary approval for the settlement was granted on **May 28, 2008**. Click on the links to the left to read the Court-ordered notices, the Settlement Agreement, and other important documents. You can update your email address.



prepared by Hilsoft Notifications

© 2008 Hilsoft Notifications

**More information is available by calling the toll free number 1-866-416-3470**



Get Acrobat Reader — Certain documents are in Adobe Acrobat PDF format. If your computer is not already configured with the free Acrobat software to view and print these documents, you may get Acrobat by clicking on the Acrobat Reader logo.

*[handwritten: Please confirm this to be the latest update — signature]*