UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Lead Case No. 00CV4729<br><br>MDL Docket No. 1350<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Michael T. Mason |

**REIMBURSEMENT COMMITTEE'S SCC REPRESENTATIVES'
REQUEST FOR BRIEFING SCHEDULE ON TRANS UNION'S MOTION
FOR A DECLARATION OF RIGHTS UNDER FINAL APPROVAL ORDER**

The Settlement Agreement in this case established a Committee (the "Reimbursement Committee") to review Trans Union's requests for reimbursement from the Settlement Fund. Dkt 462-3 at 13. Settlement Class Counsel ("SCC") have designated Michael Caddell, Mitchell Toups, Joy Bull and Matt Righetti as the SCC's representatives on the Reimbursement Committee. Dkt. 751 at 5.

The SCC's representatives on the Reimbursement Committee believe that Trans Union's Motion for a Declaration of Rights under Final Approval Order (Dkt. 773, hereinafter, the "Motion"), filed and served on Friday, August 13, 2010, and set for presentment on Wednesday, August 18, 2010, at 9:15 in this courtroom, raises a number of issues that require further briefing.
.

- 1 -

WHEREFORE, the Reimbursement Committee's SCC Representatives hereby request that the Court set a briefing schedule on Trans Union's Motion.

DATED: August 17, 2010

ROBBINS GELLER RUDMAN
& DOWD LLP
JOY ANN BULL
ERIC I. NIEHAUS

*/s/ Joy Ann Bull*
JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

RIGHETTI LAW FIRM
MATTHEW RIGHETTI
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900

CADDELL & CHAPMAN
MICHAEL CADDELL
1331 Lamar, #1070
Houston, TX 77010
Telephone: 713/751-0400

MITCHELL A. TOUPS
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
P.O. Box 350
Beaumont, TX 77704
Telephone: 409/838-0101

Settlement Class Counsel's Representatives of the Reimbursement Committee

**CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that on August 17, 2010, a copy of the foregoing has been served on all parties through their counsel by the Court's ECF system.

                                                      */s/ Christopher T. Micheletti*
                                                      Christopher T. Micheletti