UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION | ) ) ) | Lead Case No. 00CV4729 MDL Docket No. 1350 |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) | Judge Robert W. Gettleman Magistrate Judge Michael T. Mason |

## MDL COUNSEL'S MOTION FOR ORDER CLARIFYING THE COURT'S ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND JUDGMENT

Pursuant to the Local Rules for the Unites States District Court for the Northern District of Illinois, and pursuant to the Federal Rules of Civil Procedure, MDL Counsel hereby move the Court for entry of an order clarifying its Order Granting Final Approval of Settlement and Final Judgment (the "Judgment") (Dkt. No. 515).

In further support of this Motion, MDL Plaintiffs are filing a supporting memorandum.

WHEREFORE, MDL Plaintiffs respectfully request that the Court:

1.     Find that the Judgment prohibits payment of claims in Aggregated Actions from the Settlement Fund;

2.     Find that the Judgment only allows payment to individuals whose claims have not been aggregated or grouped together by their counsel; and

3.     Award such other relief as the Court deems just and proper.

- 1 -

DATED: January 19, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL
ERIC I. NIEHAUS

                              s/ Joy Ann Bull
_____
                              JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICES OF JON W. BORDERUD
JON W. BORDERUD
2831 South Holt Avenue
Los Angeles, CA 90034
Telephone: 310/621-7004
310/207-2748 (fax)

RIGHETTI LAW FIRM
MATTHEW RIGHETTI
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415/983-0900

Co-Lead Counsel for Plaintiffs

594055_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2011, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on January 19, 2011.

s/ Joy Ann Bull
JOY ANN BULL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:joyb@rgrdlaw.com

594055_1

# Mailing Information for a Case 1:00-cv-04729

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kimball Richard Anderson**
  kanderson@winston.com,ECF_CH@winston.com

- **Steve W. Berman**
  steve@hbsslaw.com

- **Brian P. Brooks**
  bbrooks@omm.com

- **Joy Ann Bull**
  joyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael A. Caddell**
  mac@caddellchapman.com,jcd@caddellchapman.com,cam@caddellchapman.com

- **Peter J. Donoghue**
  peter.donoghue@dlapiper.com

- **Thomas Arthur Doyle**
  tadoyle@saundersdoyle.com

- **Daniel A. Edelman**
  courtecl@edcombs.com,dedelman@edcombs.com

- **Paula Davis Friedman**
  paula.friedman@dlapiper.com

- **Oren S. Giskan**
  ogiskan@gslawny.com

- **Francis Richard Greene**
  fgreene@edcombs.com,courtecl@edcombs.com

- **David M. Holmes**
  Dave.Holmes@wilsonelser.com,Sheri.Lawrence@wilsonelser.com

- **Roger L. Longtin**
  roger.longtin@dlapiper.com

- **Warren Lupel**
  wlupel@lw-llp.com

- **Michael C. O'Neil**

michael.oneil@dlapiper.com,docketingchicago@dlapiper.com,lisa.skilnik@dlapiper.com

- **Elayna Tau Pham**
  epham@jenner.com

- **Richard J. Prendergast**
  rprendergast@rjpltd.com,jharms@rjpltd.com,rlavko@rjpltd.com

- **Terry Rose Saunders**
  trsaunders@saundersdoyle.com

- **David J. Scriven-Young**
  dscriven-young@pecklaw.com,mcoty@pecklaw.com,acustardo@pecklaw.com

- **Amy L Stewart**
  astewart@roselawfirm.com,jgardner@roselawfirm.com,aezell@roselawfirm.com

- **Ryan L Thompson , 2004**
  gpalmer@wgclawfirm.com

- **Mitchell A. Toups**
  matoups@wgttlaw.com,jgordon@wgttlaw.com

- **Mikal C Watts**
  amayorga@wgclawfirm.com

- **Dawn Adams Wheelahan**
  dwheelahan@aol.com

- **James Donehoo Wilson**
  jwilson@shefskylaw.com,sfdocket@shefskylaw.com

- **Craig H. Zimmerman**
  czimmerman@mwe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
John Bentz
Class Action Fairness Group
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

Jon W Borderud
The Borderud Law Group
2831 South Holt Avenue
Los Angeles, CA 90034
```

**Alan S. Kopit**
Hahn, Loeser & Parks
200 Public Square
3300 BP America Building
Cleveland, OH 44114-2301

**Mark C Laughlin**
Fraser Stryker Vaughn Meusey Olson Boyer & Bloch, P.C.
409 South 17th Street
500
Omaha, NE 68102

**Alan M Mansfield**
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101

**Vashon McIntyre**
1562 Vyse Avenue
Bsmt Apt.
Bronx, NY 10460

**Eric I. Niehaus**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**John J Pentz**
Class Action Fairness Group
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

**Matthew Righetti**
Righetti & Wynne
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

**Robert B Roden**
Shelby & Cartee, LLC
2956 Rhodes Circle
Birmingham, AL 35205

**Jeffrey L Weinstein**
518 East Tyler Street
Athens, TX 75751

**Jeffrey L Weinstein**
518 East Tyler Street
Athens, TX 75751

## TRANS UNION SERVICE LIST

Kris Skaar*
James Feagle*
Skaar & Feagle LLP
P.O. Box 1478
Marietta, GA 30061
jimfeagle@aol.com
krisskaar@aol.com

Brandon L. Blankenship*
Blankenship, Harrelson & Linton, LLC
2001 Park Place North
Suite 825
Birmingham, Alabama 35203
Brandon.blankenship@bhlattorneys.com
court@bhlattorneys.com

Christopher T. Micheletti*
Zelle, Hofmann, Voelbel & Mason, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
cmicheletti@zelle.com

Benjamin R. Bingham*
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
ben@binghamandlea.com

Edward W. Cochran*
20030 Marchmont Road
Shaker Heights, Ohio 44122
edwardcochran@wowway.com

N. Bacharach, Jr., P.A.*
115 Northeast 6th Avenue
Gainesville, Florida 32601
N.A.Bacharach@att.net

Mikal C. Watts*
Ryan L. Thompson*
Watts Guerra Craft LLP
Four Dominion Drive
Building One, Suite 100
San Antonio, Texas 78257
mcwatts@wgclawfirm.com
rthompson@wgclawfirm.com

John Heenan*
Heenan Law Firm
3970 Avenue D, Suite A
Billings, Montana 59102
john@heenanlawfirm.com

Charles H. Cooper, Jr.*
Cooper & Elliott LLC
2175 Riverside Drive
Columbus, Ohio 43221
chipc@cooperelliott.com

Bryan O. Blevins*
Provost Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, Texas 77701
bblevins@provostumphrey.com

Jason Brodsky*
Brodsky & Smith LLC
Two Bala Cynwyd, Pennsylvania 19004
jbrodsky@brodsky-smith.com

David Schafer*
Law Offices of David Schafer, PLLC
7800 IH-10 West, Suite 830
San Antonio, Texas 78230
dmschafer@helpingtexas.com

594066_1

Joseph S. Tann, Jr.*
1307 Seward Street, Suite 100
Evanston, Illinois 60602
Tannj2@comcast.net


* **Denotes service via electronic mail**

594066_1