# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION ) ) ) _____ ) ) **This Document Relates To:** ) ) **ALL ACTIONS.** ) _____ ) | Lead Case No. 00 C 4729 <br><br> MDL Docket No. 1350 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Michael T. Mason** |

## COOPER & ELLIOTT'S MOTION FOR LEAVE TO FILE *INSTANTER* ATTACHED RESPONSE TO MDL COUNSEL'S MOTION TO "CLARIFY" THE FINAL APPROVAL ORDER

Cooper & Elliott, LLC, representing 10,081 post-settlement claimants who are settlement class members in this matter, respectfully seeks leave to file, *instanter*, the attached memorandum in response to "MDL COUNSEL'S MOTION FOR ORDER CLARIFYING THE COURT'S ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT" (Doc. #821). Cooper & Elliott has prepared and filed a separate motion for admission pro hac vice.

Respectfully submitted,

/s/ Charles H. Cooper, Jr.
Charles H. Cooper, Jr.     (0037295)
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Attorney for 10,081 Post-Settlement Claimants

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 4, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

                             /s/ Charles H. Cooper, Jr.