In The United States District Court
For The Northern District of Illinois
Eastern Division

In Re: TRANS UNION CORP
PRIVACY LITIGATION

This Document Relates To:
All Cases

Lead Case No. 00 cv472
MDL Docket No. 1350
Judge Robert Gettleman

### Louisiana Settlement Class Counsels' Opposition To Texas Counsel's Untimely Motion for Fees

Texas counsel move for an additional award of attorney's fees in this matter, even though (1) the judgment awarding them fees became final more than a year ago, (2) they did not appeal or object to the amount awarded them in any respect; and **(3) the final judgment of the Seventh Circuit specifically provides that counsel who did not appeal are not entitled to any additional fees** ("No other lawyers have appealed from the fee awards, so they are not entitled to additional fees.") Doc. 841, p. 14; Appeal No. 10-1154, doc. 42, p. 16.

The time when Texas counsel could have sought additional fees, or joined Wheelahan in appealing, is long past. The Seventh Circuit correctly recognized that counsel may not sit back, do nothing, then profit from the work of others, as Texas counsel attempt to do here (again).

Respectfully submitted:

**/s/ Dawn Adams Wheelahan**

Dawn Adams Wheelahan (La. Bar No. 19263)
5528 Loyola Avenue

New Orleans, Louisiana 70115
Telephone: 512-689-1153

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all parties through their Counsel by the Court's ECF system, or by email, this 7th day of February, 2011.
\
**/s/ Dawn Adams Wheelahan**