- 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 00CV4729<br><br>MDL Docket No. 1350<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Michael T. Mason |

**TEXAS COUNSEL'S JOINDER IN MDL COUNSEL'S MOTION FOR
REIMBURSEMENT TO THE SETTLEMENT FUND**

Texas Counsel hereby join in MDL Counsel's Motion for Reimbursement to the Settlement Fund, and supporting Memorandum (filed on May 3, 2011, Dkt. Nos. 890 and 892). The undersigned Texas Counsel, Michael Caddell and Mitchell Toups, are members of the Committee established pursuant to the Settlement Agreement (Dkt. 462 at 13) to advise on the propriety of reimbursements received by Trans Union from the Settlement fund. Texas Counsel contributed to the briefing in the motion and supporting memoranda but were unable to consent to be a signatory at the time of its filing due.

Respectfully submitted,

| By: | /s/ Michael A. Caddell | By: | /s/ Mitchell A. Toups |
|---|---|---|---|

    Michael A. Caddell                                   Mitchell A. Toups
Cynthia B. Chapman                         Weller, Green, Toups & Terrell, L.L.P.
Cory S. Fein                                             2615 Calder St., Suite 400
Caddell & Chapman                            Beaumont TX 77010-3027
1331 Lamar, Suite 1070                     Telephone: (409) 838.0101
Houston TX 77010-3027                    Facsimile: (409) 832.85577
Telephone: (713) 751-0400
Facsimile: (713) 751-0906               Counsel for Texas Plaintiff Donald
                                                                   Jowers and Reimbursement
Settlement Class Counsel, Counsel       Committee member
for Texas Plaintiff Donald Jowers,
and Reimbursement Committee
member

**CERTIFICATE OF SERVICE**

     Undersigned counsel hereby certifies that a copy of the foregoing has been filed on the Court's ECF system on May 4, 2011, and thereby served on all counsel of record.

                                                             /s/ Cory S. Fein
                                                            Cory S. Fein