**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re TRANS UNION CORP. PRIVACY LITIGATION ) ) ) | Lead Case No. 00 C 4729 |
| ) | MDL Docket No. 1350 |
| ) THIS DOCUMENT RELATES TO: ) ) | Judge Robert W. Gettleman |
| ALL ACTIONS. ) ) | |

## NOTICE OF MOTION

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on **Tuesday, May 24, 2011** at **9:15 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert W. Gettleman or before any judge sitting in his stead, in Courtroom 1703, Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, to present for hearing *Trans Union LLC's Motion for Leave to File a Brief in Excess of Fifteen (15)Pages*, a copy of which is attached and hereby served upon you.

Dated:  May 11, 2011                **TRANS UNION LLC**

                                                         By: /s/ Michael O'Neil
                                                                 One of its Attorneys

Roger L. Longtin (ARDC No. 01689185)
Michael O'Neil (ARDC No. 06201736)
Peter J. Donoghue (ARDC No. 06206849)
**DLA PIPER LLP (US)**
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601
Tel: (312) 368-4000
Fax: (312) 236-7516

Richard J. Prendergast
**RICHARD J. PRENDERGAST LTD.**
111 W. Washington Street, Suite 1100
Chicago, IL 60602
Tel.: (312) 641-0881
Fax: (312) 641-3562

## CERTIFICATE OF SERVICE

      On May 11, 2011, I electronically filed a *Notice of Motion* and *Motion For Leave to File a Brief in Excess of Fifteen (15) Pages* with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties. Parties may access this filing through the Court's CM/ECF system. Copies were also served via U.S. Mail on **May 11, 2011**, upon each of the following attorneys of record:

| | |
|---|---|
| Jon W. Borderud<br>THE BORDERUD LAW GROUP<br>2831 Holt Ave.<br>Los Angeles, California 90034 | Matthew Righetti<br>RIGHETTI LAW FIRM<br>456 Montgomery Street<br>Suite 1400<br>San Francisco, California 94104 |
| Joy Bull<br>Coughlin Stoia Geller<br>Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101-4297 | Tom Doyle<br>Saunders & Doyle<br>20 South Clark Street, Suite 1720<br>Chicago, Illinois 60603 |
| Dawn Adams Wheelahan<br>5528 Loyola Avenue<br>New Orleans, LA 70115 | Amy Stewart<br>ROSE LAW FIRM<br>120 East Fourth Street<br>Little Rock, Arkansas 72201<br>astewart@roselawfirm.com |

      /s/ Michael O'Neil