# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Trans Union Corporation, et al.

                        Plaintiff,

v.                                           Case No.: 1:00–cv–04729
                                                Honorable Robert W. Gettleman

Trans Union LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 25, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on 5/25/2011. status report is due by 7/20/2011. Status hearing set for 8/2/2011 at 10:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.