IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re TRANS UNION CORP.
PRIVACY LITIGATION

─────────────────────────────

THIS DOCUMENT RELATES TO:

ALL CASES

─────────────────────────────

Lead Case No. 00 cv 4729
MDL Docket No. 1350
Judge Robert Gettleman

Louisiana Settlement Class Counsel's Supplemental Motion
for Reimbursement of Costs
(CORRECTED)

Louisiana Settlement Class Counsel, Dawn Adams Wheelahan respectfully moves for reimbursement of costs incurred after October 15, 2008, from the Settlement Fund, *excluding* those arising from proceedings to determine settlement class counsels' attorneys' fees.

(This corrected motion is identical to the one previously filed except that a typographical error is corrected from "16" to "12" in the second paragraph below, and the words "or conferences" are added in the same sentence.)

1.  Background and Relief Sought

Wheelahan and other Settlement Counsel previously petitioned for costs incurred up to and including October 15, 2008. The court awarded these costs by orders entered May 7, 2009. Docs. 618, 619.

After that, Wheelahan, representing both the settlement class and the certified Louisiana class that settled with the MDL, attended **12** hearings or conferences in Chicago, excluding those pertaining to attorney's fees, dealing with

post-settlement matters and the continuing status of the settlement fund and claims against it. (In addition, there was one hearing on December 22, 2009, which dealt in part with attorney's fees, but was also required because the court had ordered immediate distribution of the settlement fund, contrary to the requirements of the settlement; Wheelahan moved to correct that, which the court did, on her motion. Docs. 701-705.)

Wheelahan now moves for reimbursement of costs incurred subsequent to the court's initial award, excluding those arising from the attorney's fee proceedings, because these costs were incurred in connection with Wheelahan's representation of the certified Louisiana class and the MDL settlement class at court hearings.

## Conclusion

Louisiana Settlement Class Counsel, Dawn A. Wheelahan, respectfully moves for reimbursement of costs from the settlement fund, as shown in the detailed exhibit and affidavit which will accompany this motion.

Respectfully submitted:

**/s/ Dawn Adams Wheelahan**

Dawn Adams Wheelahan (La. Bar No. 19263)
1616 Valmont Street
New Orleans, Louisiana 70115
Telephone: 512-689-1153

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all parties through their Counsel by the Court's ECF system, or by email, this 16th day of September, 2011.

**/s/ Dawn Adams Wheelahan**